PROB 12C
(7/93)

Report Date: June 21, 2009

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 22 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Guadalupe Vera          Case Number: 2:03CR00143-001

Last Known Address of Offender: Geiger, Spokane, WA 99224

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 02/25/2004

Original Offense:       Possession With the Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1)

Original Sentence:      Prison - 46 Months; TSR - 36 Months          Type of Supervision:  Supervised Release

Asst. U.S. Attorney:    George J. C. Jacobs, III          Date Supervision Commenced: 02/12/2009

Defense Attorney:       Bevan J. Maxey          Date Supervision Expires: 02/11/2011

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Mr. Vera began residing at Geiger Residential Reentry Center (RRC) on February 12, 2009. He left the RRC on June 19, 2009, and did not return. Mr. Vera failed to advise the undersigned probation officer of any change in residence. |
| 2 | **Special Condition # 14**: You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.<br><br>**Supporting Evidence**: On February 12, 2009, Mr. Vera began a term of up to 180 days at Geiger RRC. He was directed to remain at the facility until discharged by the Court. On June 19, 2009, RRC staff authorized Mr. Vera time out for the purpose of a job interview from 5 p.m. until 8 p.m. Mr. Vera failed to return and was unable to be located by staff at the RRC. On June 19, 2009, at 11:37 p.m, he was placed on escape status. His current whereabouts are unknown. |

Prob12C
Re: Vera, Guadalupe
June 22, 2009
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/22/2009

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/22/09
Date