PROB 12C
(7/93)

**United States District Court**

for the

**Eastern District of Washington**

Petition for Warrant or Summons for Offender Under Supervision

Report Date: July 23, 2009

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 27 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Guadalupe Vera          Case Number: 2:03CR00143-001

Address of Offender: Geiger,

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 02/25/2004

| | |
|---|---|
| Original Offense: | Possession With the Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 46 Months; TSR - 36 Months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| Date Supervision Commenced: | 02/12/2009 |
| Defense Attorney: | Bevan J. Maxey |
| Date Supervision Expires: | 02/11/2011 |

**PETITIONING THE COURT**

**To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on June 22, 2009.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number        Nature of Noncompliance

3        **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On June 4, 2009, an information was filed in Spokane County Superior Court, cause #09-1-02167-9, charging Mr. Vera with two counts of delivery of a controlled substance (cocaine). A bench warrant was issued on this matter June 22, 2009. According to the affidavit of facts, members of the Spokane Regional Drug Task Force utilized a confidential informant to make controlled buys from the defendant on February 12 and March 6, 2008. It is reported that officers observed Mr. Vera arrive at the location of the "buys" driving a Lexus, Washington license #980PDK; and they visually identified the defendant as Mr. Vera. Further, on March 6, 2008, law enforcement followed Mr. Vera back to 1906 South Riverton, and observed him enter apartment #116. It should be noted that the U.S. Probation Office records verify that the vehicle and address information for Mr. Vera match that reported by law enforcement. On each occasion, Guadalupe Vera is reported to have sold the confidential informant 2 ounces of cocaine.

Prob12C
Re: Vera, Guadalupe
July 23, 2009
Page 2

Under RCW 69.50.401, delivery of a controlled substance is a felony and punishable by a term of imprisonment exceeding 1 year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/23/2009

Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

---

### THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

7/27/09
Date